**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1832**

GEORGE WASHINGTON,

        Plaintiff - Appellant,

    v.

COASTAL INTERNATIONAL SECURITY,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge. (8:14-cv-00331-DKC)

Submitted: February 23, 2016      Decided: February 25, 2016

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

George Washington, Appellant Pro Se. Seth Charles Berenzweig, Nicholas Ryan Johnson, Declan C. Leonard, BERENZWEIG LEONARD, LLP, McLean, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Washington appeals the district court's orders denying his motions to transfer venue and granting summary judgment in favor of his former employer in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Washington v. Coastal Int'l Sec., No. 8:14-cv-00331-DKC (D. Md. Feb. 5, 2015; July 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED